MOTOR CLUB OF AMERICAN INSURANCE COMPANY
v. KENNETH E. LONG.

Dec. 20, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. LEROY LEWIS.

Dec. 20, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. RALPH BARNES.

Dec. 20, 1979.  Petition for certification denied.

IN THE MATTER OF THE ESTATE OF JOHN R.
FLICK, DECEASED.

Dec. 20, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. ARMANDO RESTAINO.

Dec. 20, 1979.  Petition for certification denied.

PATSY RAGONESE v. SIDNEY HICKS.

Dec. 20, 1979.  Petition for certification denied.